PS 42
(Rev 07/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 OCT 25 PM 4: 01

OFFICE OF THE CLERK

## United States District Court
District of Nebraska

### District of Nebraska

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| **vs** | ) |
| | ) |
| **Gregory Enger** | ) |

**Case No. 8:02CR238**

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Gergory Enger, have discussed with Troy D. Greve, Pretrial Services Officer, modification of my release as follows:

Remove the following conditions from the Order Setting Conditions of Release entered October 30, 2002:
Condition (7)(a), Condition (7)(e), Condition (7)(h) and Condition (7)(i).

I consent to this modification of my release conditions and agree to abide by this modification.

_____      9/23/05      _____      9/29/05
Signature of Defendant          Date          Pretrial Services  Officer       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____      10-21-05
Signature of Defense Counsel     Date

[X]    The above modification of conditions of release is ordered, to be effective on  10/25/05

[ ]    The above modification of conditions of release is not ordered.

_____      10/25/05
Signature of Judicial Officer     Date